UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TANDEM TRANSIT, LLC.<br><br>    Plaintiff,<br><br>v.<br><br>BACKBONE COMMUNICATIONS INC.<br><br>    Defendant. | Case No.1:11-cv-04965-FB-VVP<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(A)(i)** |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(A)(1)(A)(i), Plaintiff Tandem Transit, LLC hereby gives notice that the above captioned action is voluntarily dismissed, without prejudice against the Defendant Backbone Communications Inc.

Dated: New York, New York
       June 21, 2011

                                            Respectfully Submitted,
                                            Garson, Segal, Steinmetz, Fladgate LLP

                                            By:  /s/ Michael Steinmetz
                                                 Michael Steinmetz
                                            164 West 25th Street Suite 11R
                                            New York, NY 10001
                                            Telephone (212) 380-3623
                                            Facsimile  (347) 537-4540

                                            Attorneys for Plaintiff